JAMES A. SAVILLE, JR.
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Nakajima Steel Pipe Co., Ltd.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

RECEIVED
JUN 16 2008
U.S.D.C. S.D. N.Y.
CASHIERS

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| NAKAJIMA STEEL PIPE CO., LTD.; | : | Index No.: |
| Plaintiff, | : | **08 CV _____ (   )** |
| - Against - | : | |
| EVERLIGHT MARINE, INC.; MOUNT KERINCI LLC and PT ARPENI PRATAMA OCEAN LINE TBK; | : | **RULE 7.1 STATEMENT** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **Nakajima Steel Pipe Co., Ltd.** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**NONE**

DATE: June 16, 2008

_____
James A. Saville, Jr.