JUDGE BATTS

08 CV 5417

JAMES A. SAVILLE, JR.
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
Nakajima Steel Pipe Co., Ltd.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600


*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------------X
NAKAJIMA STEEL PIPE CO., LTD.;          :
                                         Index No.:
            Plaintiff,            :     **08 CV _____ (    )**

    - Against -                   :

EVERLIGHT MARINE, INC.; MOUNT      :    **SAVILLE AFFIRMATION**
KERINCI LLC and PT ARPENI PRATAMA       **PURSUANT TO RULE (B)**
OCEAN LINE TBK;
            Defendants.           :
------------------------------------X


I, James A. Saville, Jr., hereby affirm as follows:

1.  I am a member of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2.  This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendants, Everlight Marine, Inc., Mount Kerinci LLC and PT Arpeni Pratama Ocean Line Tbk, are corporations or other business entities which cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on June 12, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "Everlight Marine, Inc.". The search result indicated that the defendant is not a New York corporation, nor it is licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporation.

5. I contacted the office of the New York Department of State, Division of Corporations on June 12, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "Mount Kerinci LLC". The search result indicated that the defendant is not a New York corporation, nor it is licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporation.

6. I contacted the office of the New York Department of State, Division of Corporations on June 12, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "PT Arpeni Pratama

Ocean Line Tbk". The search result indicated that the defendant is not a New York corporation, nor it is licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporation.

7.  I consulted with Directory Assistance for New York on June 12, 2008, for area codes (212), (718), (914), (646), and toll-free listings and no listings for Everlight Marine, Inc., Mount Kerinci LLC and PT Arpeni Pratama Ocean Line Tbk were found.

8.  I accessed on June 12, 2008, through Microsoft Internet Explorer, the Yellow Pages telephone directory database and found no listing in that database for any office or agent of any of the defendants in the State of New York.

9.  I accessed the Google search engine and conducted a search for Everlight Marine, Inc., Mount Kerinci LLC. I located a websites for defendants PT Arpeni Pratama Ocean Line Tbk. It indicated that the main office of PT Arpeni Pratama Ocean Line Tbk is in Jakarta, Indonesia and no offices in the United States.

10. Based upon the foregoing, it is respectfully submitted that defendants Everlight Marine, Inc., Mount Kerinci LLC and PT Arpeni Pratama Ocean Line Tbk cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendants as may be found within this District up to and

including the amount of the claim as specified in the Verified Complaint.

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2008

_____
James A. Saville, Jr.

29843\Rule B\Saville Rule B Affirmation

4