**JUDGE BATTS**

JAMES A. SAVILLE, JR.
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
Nakajima Steel Pipe Co., Ltd.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06 18 08

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------X
NAKAJIMA STEEL PIPE CO., LTD.;       :
                                      Index No.:
        Plaintiff,                   :  08 CV _____ ( )

    - Against -                      :
                                        **ORDER APPOINTING SPECIAL**
EVERLIGHT MARINE, INC.; MOUNT        :  **PROCESS SERVICE PURSUANT**
KERINCI LLC and PT ARPENI PRATAMA       **TO RULE 4 (c)**
OCEAN LINE TBK;
        Defendants.                  :
------------------------------X

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of James A. Saville, Jr., sworn to on June 16, 2008, and good cause having been shown, it is on this __ day of June, 2008.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any

Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendants Everlight Marine, Inc.; Mount Kerinci LLC and PT Arpeni Pratama Ocean Line Tbk; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendants Everlight Marine, Inc.; Mount Kerinci LLC and PT Arpeni Pratama Ocean Line Tbk.

Dated: New York, New York

*Deborah A. Batts*
UNITED STATES DISTRICT JUDGE
6/16/08