JAMES A. SAVILLE, JR.
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Nakajima Steel Pipe Co., Ltd.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NAKAJIMA STEEL PIPE CO., LTD.;          :
                                         :   Index No.:
               Plaintiff,                :   **08 CV 5417 (DAB)**
                                         :
     - Against -                         :
                                         :
EVERLIGHT MARINE, INC.; MOUNT            :
KERINCI LLC and PT ARPENI PRATAMA        :   **NOTICE OF VOLUNTARY**
OCEAN LINE TBK;                          :   **DISMISSAL**
               Defendants.               :
----------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 41 of the Federal Rules of Civil Procedure that the Defendants having neither appeared, answered or otherwise moved, the captioned action be and hereby is dismissed without prejudice and without costs.

Dated: New York, New York
       July 2, 2008

                                    HILL RIVKINS & HAYDEN LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                         James A. Saville, Jr.

                                    45 Broadway – Suite 1500
                                    New York, New York 10006
                                    (212) 669-0600

**SO ORDERED**

_/s/ Deborah A. Batts_  7/3/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE